THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CITY OF NEW YORK, Appellant, *v.* CLARENCE W. PAGE et al., as Assessors of the Town of Newcastle, Respondents.

*Appeal — unanimous affirmance by Appellate Division of order reducing assessment on portion of property and dismissing certiorari as to balance — appeal dismissed.*

*People ex rel. City of New York* v. *Page,* 192 App. Div. 406, appeal dismissed.

(Submitted March 8, 1921; decided March 22, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 21, 1920, which unanimously affirmed an order of Special Term reducing an assessment on a designated parcel of real property belonging to relator, and dismissing a writ of certiorari to review assessments on the remaining portions thereof in the village of Mount Kisco.

*John P. O'Brien, Corporation Counsel* (*I. J. Beaudrias* of counsel), for appellant.

*Harrison T. Slosson* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.